# United States Court of Appeals for the Federal Circuit

———————————

January 18, 2022

**ERRATA**

———————————

Appeal No. 20-2277

**BROOKLYN BREWERY CORPORATION,**
*Appellant*

**v.**

**BROOKLYN BREW SHOP, LLC,**
*Appellee*

Decided:  October 27, 2021
Precedential Opinion

———————————

Please make the following change:

Page 9, lines 1–5, change "Thus, the test for likelihood-of-confusion or descriptiveness purposes is whether the challenger and registrant compete in the same line of business and failure to cancel an existing mark, or to refuse registration of a new mark, would be likely to cause the opposer competitive injury." to "Thus, the issue for likelihood-of-confusion or descriptiveness purposes is typically whether the challenger and registrant compete in the same line of business and failure to cancel an existing mark, or

2                          BROOKLYN BREWERY CORPORATION v.
                                        BROOKLYN BREW SHOP, LLC

to refuse registration of a new mark, would be likely to cause the opposer competitive injury."